A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Sep 09, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

-01964-RWS   Document 838   Filed 09/09/10

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 25, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NUVARING PRODUCTS LIABILITY LITIGATION                MDL No. 1964

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-47)**

On August 22, 2008, the Panel transferred eight civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  See 572 F.Supp.2d 1382 (J.P.M.L. 2008).  Since that time, 448 additional actions have been transferred to the Eastern District of Missouri.  With the consent of that court, all such actions have been assigned to the Honorable Rodney W. Sippel.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Sippel.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of August 22, 2008, and, with the consent of that court, assigned to the Honorable Rodney W. Sippel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 09, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NUVARING PRODUCTS LIABILITY LITIGATION          MDL No. 1964

### SCHEDULE CTO-47 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2  10-5788          Lacy Nerud v. Organon USA, Inc., et al.

CALIFORNIA NORTHERN
  CAN  3  10-3033          Dayna Weaver v. Organon USA, Inc., et al.
  CAN  3  10-3046          Nytira Duplessis v. Organon USA, Inc., et al.

KANSAS
  KS   2  10-2376          Lindsey Butcher v. Organon USA, Inc., et al.

LOUISIANA EASTERN
  LAE  2  10-2000          Jenny Lorusso v. Organon Pharmaceuticals USA, Inc., et al.

MARYLAND
  MD   1  10-2096          Nicole Cooper v. Organon USA, Inc., et al.
  MD   8  10-1705          Sarah Bakka v. Organon USA, Inc., et al.

MINNESOTA
  MN   0  10-2314          Nicole R. Nemic v. Organon USA, Inc., et al.
  MN   0  10-2321          Kimberly L. Sutter v. Organon USA, Inc., et al.
  MN   0  10-2322          Kathleen McMahen v. Organon USA, Inc., et al.
  MN   0  10-2328          Leah J. Hess v. Organon USA, Inc., et al.
  MN   0  10-2337          Tiara A. Broaddus v. Organon USA, Inc., et al.
  MN   0  10-2342          Donielle Auguston v. Organon USA, Inc., et al.
  MN   0  10-3163          Nicole Soto v. Organon USA, Inc., et al.
  MN   0  10-3164          Latisha Silvera v. Organon USA, Inc., et al.
  MN   0  10-3165          Tamira Prothro v. Organon USA, Inc., et al.
  MN   0  10-3166          Shilpa Hamilton v. Organon USA, Inc., et al.
  MN   0  10-3168          Janet Tetreault v. Organon USA, Inc., et al.
  MN   0  10-3169          Virginia Keeney-Dewell v. Organon USA, Inc., et al.
  MN   0  10-3170          Patricia Guadarrama v. Organon USA, Inc., et al.

NEW JERSEY
  NJ   2  10-3233          Rodricka Brown v. Organon USA, Inc., et al.
  NJ   2  10-3238          Carmen Carbonell v. Organon USA, Inc., et al.